# AFFIDAVIT OF MELVIN NEAL

**State of Mississippi**

**County of** Hinds

    **Personally came and appeared before me, the undersigned Notary, the within named MELVIN NEAL, JR, who is a resident of Hinds County, State of Mississippi, and makes this statement and Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his knowledge:**

1. My name is Melvin Neal and I am the Plaintiff in this matter.

2. On December 28, 2017, I was assaulted by Lieutenant Anthony Simon, Sergeant Jamie Caston, and Sergeant John Scott while a pre-trial detainee in the Hinds County Detention Center.

3. Specifically, I was kicked in the right side of my head and face by these officers.

4. I did not hit or strike any of the officers at any time, nor did I resist in any way.

5. I did not punch Lieutenant Anthony Simon in the chest.

6. I received minimal medical treatment from a nurse at the Hinds County Detention Center for the injuries suffered to my head and face. I do not know her name.

7. I did not possess any contraband in the Hinds County Detention Center.

8. I did not attempt to put any contraband in my mouth in the Hinds County Detention Center.

9. I never admitted putting contraband in my mouth or swallowing contraband.

10. I did not receive any medical treatment concerning my alleged ingestion of drugs.

11. I was never charged with or given an RVR for the allegation of the December 28, 2017 possession of contraband in the Hinds County Detention Center

1

DATED this the 10 day of Feb, 2021.

_____
MELVIN NEAL, JR.

Sworn and subscribed before me this 10 day of Feb, 2021

_____
Notary Public

My Commission Expires:

_____

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, D # 122603, DEMETRE G. APOSTOLIDIS, Commission Expires Jan. 9, 2022, RANKIN COUNTY]

2