

# HINDS COUNTY
# SHERIFF'S DEPARTMENT

P.O. BOX 1452 JACKSON, MISSISSIPPI 39215-1452 PHONE (601)974-2900

**Victor Mason**
**Sheriff**

## INTERNAL AFFAIRS INVESTIGATION

On the date of December 28, 2017, I, IAD/ Investigator Marlo Brinnon received an incident report in reference to an inmate being assaulted by an Officer. The inmate is identified as Melvin Neal #7700046764. The Officers are identified as LT. Simons along with SGT. Jamie Caston and SGT. John Scott.

During the course of interviewing inmate Neal, the inmate stated LT. Simons assaulted him over a female he claims they both are dating. After obtaining statements from the Officers from RDC and the other Officers involved at the Work Center and reviewing all the statements. There was no video footage to review of the incident as well. I was unable to locate the female inmate Neal stated was the reason LT. Simons assaulted him.

According to the statements of the Officers at the Work Center who was conducting the searches of the inmates coming to the Work Center, found Contraband in inmate Neal's property and inmate Neal grabbed the Contraband and began to fight the Officers when they tried to retrieve the Contraband back from him.

At this point of my investigation, I find this claim to be unfound and unsubstantiated and this investigation is closed.

Internal Affairs Division
IAD/Inv. Marlo Brinnon

CLT-NEAL-000035