## Use of Force Information for Incident #: 171355

Facility: WORK CENTER
Shift: 1
Inmate State: HOSTILE BEHAVIOR
Medical: YES
Supervisor: RUSHING,MARY

Location: WORK CENTER
Reason: OTHER REASON - EXPLAIN IN COMMENTS
Injured: NO
Juvenile: NO
Notified: YES

Describe Inmate's Injuries:

INMATE COMPLAINED ABOUT HIS RIBS WAS HURTING BUT REFUSED MEDICAL ATTENTION

CLT-NEAL-000038