# Hinds County Sheriff's Department
## Internal Affairs Office
407 East Pascagoula Street
Jackson, Mississippi 39205

## Citizen Information and Complaint Form

PLEASE PRINT

Today's Date: 12 / 2 / 2018   Time Now: 10:37   IAD Case No. _____

Name: Lakeeta Edwards   Age: 42   D.O.B. ■■■

Address: ■■■   City: Jackson   State: Ms.   Zip: 39212
Apt. A-5

Phone [H]: ■■■   [W] _____   [C] _____

Social Security Number: ■■■   Gender: ✓ (F) ___ (M)

Place of Employment: Camellia Home Health & Hospice   Address: 255 Katherson Drive, Flowood, Ms.

Date of Incident: 12 / 28 / 2017   Time of Incident: _____ A.M. / P.M.

Location of Incident: RDC

Name(s) of HCSO Deputies Involved: Officer Simon

Brief Description of Alleged Incident: _____

I, _____, do hereby swear or affirm that the factual allegation[s] made by me above in this Citizen's Complaint is/are, to the best of my knowledge and belief, true and correct and based upon fact. I agree to submit to a polygraph examination if requested, and I understand that filing a false complaint may subject me to an arrest for filing a false report.

Sign: _____

Subscribed and sworn to before me
This ___ Day of _____, 20___
_____ Notary Public      Notary Seal
County of _____
State of Mississippi
My Commission Expires:

## Citizen's Complaint [Continued]

I, Lakreta Edwards recieved a phone call from Melvin Neal during his holding at the RDC. On 12/28/2017 around 3:15pm my brother was beaten in handcuffs by Officer Simon. My brother called on 12/28/2017 earlier that morning to inform the family he was being moved to County Farm. Officer Simon punched him the eyes, kicked him in his ribs, stepped on his neck with his foot trying to close off his air circulation perceeded punching head blows to his head until he knock him unconsious and had a bowel movement on himself. Melvin Neal called again when he was transfered 12/29/17 to Rankin County and said that due to the beaten he thinks he might have a fractured skulls, basically speaking about being in pain.

Sincerly, Lakreta Edwards