**In the Matter Of:**

*MELVIN NEAL vs*

*VICTOR P. MASON*

*3:18-CV-590-CWR-FKB*

*ANTHONY SIMON*

*September 28, 2020*



ALPHA REPORTING CORPORATION

*1st in Reporting, 1st in Service, 1st in Technology*

We Bridge the State and Cover the Nation!

www.alphareporting.com

800-556-8974

```
 1    role as a corrections officer?
 2        A.   Yes.
 3        Q.   All right.  Do you know how many?
 4        A.   No, sir.
 5        Q.   Do you know when they were filed?
 6        A.   No, sir, not right off.
 7        Q.   Do you know if there was more than one
 8    filed, naming you as a defendant?
 9             THE WITNESS:  Can I ask you a question?
10             When he says --
11             MS. RILEY:  Well --
12             THE WITNESS:  -- "defendant" --
13             MS. RILEY:  Timeout.  Timeout.  Timeout.
14             Let him reask his question, and if I
15        think we need to object -- otherwise, we'll
16        step outside.  But answer his question the
17        best you can until -- put an answer out
18        there.
19             THE WITNESS:  Okay.
20             MR. CARR:  Yeah.  And if it's easier for
21        me to step outside, since y'all are both in
22        here, I'll step --
23             MS. RILEY:  Yeah.
24             MR. CARR:  -- out- --
25             MS. RILEY:  Will --
```

38

```
1        Q.   Okay.   Sorry.   He did grab it from you --
2        A.   Yes.
3        Q.   -- correct?
4        A.   Yes.
5        Q.   And, at that time, you put your hands on
6   him to try to get it back out of his hand.
7             Is that fair to say?
8        A.   Yes.
9        Q.   All right.   Now, when Melvin Neal grabbed
10  that joint or whatever it was from you, he was not
11  in restraints, correct?
12       A.   No, he wasn't.
13       Q.   And he wasn't in leg shackles either, was
14  he?
15       A.   No, he wasn't.
16       Q.   So he wasn't in hand restraints or leg
17  restraints, correct?
18       A.   Correct.
19       Q.   And the only -- is it fair to say, even
20  though you may have seen marijuana before, that the
21  only person who saw this potential contraband was
22  you, right?
23       A.   No, sir.
24       Q.   Well, we agree it wasn't ever tested,
25  right?
```

1    A.  Yes.

2    Q.  It wasn't ever found, right?

3    A.  Right.

4    Q.  And there wasn't ever any pictures taken of

5    it, right?

6    A.  Right.

7    Q.  There's no video of it, right?

8    A.  Right.

9    Q.  And other than you saying that you believed

10   it was a joint, who else is going to testify it was

11   a joint?

12        MS. RILEY:  Objection.

13        But you can answer.

14   A.  I don't know if it was a joint.  It looked

15   like a joint, you know, rolled up like a joint from

16   a picture I done seen.  But I had two more

17   supervisors that also seen it --

18   Q.  (By Mr. Carr)  Okay.

19   A.  -- along with Mr. Neal.

20   Q.  Okay.  So the way you said it made it sound

21   like he quickly popped it in his mouth, but maybe

22   there was time for other people to see what you were

23   looking at?

24   A.  Yes, sir, just like --

25   Q.  All right.  Explain that for the jury.

1  this leg and his arm?

2      A.  I grabbed him by his arm.

3      Q.  You grabbed him by his arm?

4      A.  By one of his arms, and he punched me with

5  the other.

6      Q.  Where did he punch you?

7      A.  My chest.  That's when I grabbed the other

8  arm -- tried to grab it, but he was fighting.

9  That's when my sergeant grabbed a leg, one caught

10  the other arm.  And we grabbed him and took him to

11  the ground and placed the cuffs on him.

12      Q.  Okay.  All right.  At -- on December 28,

13  2017, are you about the same size you are now?

14      A.  Yeah.  Yeah, a little.

15      Q.  And how big are you?  How tall are you?

16      A.  I'm 6'2", and I weigh 350 pounds.

17      Q.  Okay.  Are you an ex-football player or

18  anything?

19      A.  No, sir.

20      Q.  All right.  Did you play sports in high

21  school?

22            MS. RILEY:  Objection.

23            But you can answer.

24      A.  I played in the ninth grade.

25      Q.  (By Mr. Carr)  Ninth grade what?

1  belt or on your person.

2          And when I say "tools," I don't mean like

3  wrenches, but did you have a radio?

4      A.  I didn't.  I didn't have any tools at that

5  time, sir.

6      Q.  Did you have any spray?

7      A.  No, sir.

8      Q.  Did you have handcuffs?

9      A.  No, sir.

10     Q.  Did you have a taser?

11     A.  No, sir.

12     Q.  All right.  And was it common for you not

13 to have a radio as a detention officer?

14     A.  No, sir, I have my office right there --

15     Q.  Okay.

16     A.  -- where we were doing -- where we were

17 doing the intake at.

18     Q.  All right.  Do you normally keep a radio on

19 your belt or on your person?

20     A.  Yes, sir.

21     Q.  You just didn't have one on that day?

22     A.  Yes.

23     Q.  All right.  So when you say strong muscled

24 him to gain control, is that before or after you

25 realized he swallowed the contraband?

1    said okay.  And then they went back to their --

2         A.   Well, he had to sign the medical refusal.

3         Q.   Okay.

4         A.   So we took the restraints off and let him

5    sign the medical refusal.

6         Q.   And then you put restraints back on?

7         A.   Yeah, she wanted a legal document signed,

8    that you know -- he had to document.

9         Q.   Did he appear to have any physical

10   injuries, sir?

11        A.   No, sir.  The only thing he kept saying,

12   his rib.  "Y'all hurt my rib."

13        Q.   All right.  In addition to saying that his

14   rib was hurt, tell me -- even though it may be cuss

15   words, but tell me exactly what he was saying about

16   y'all.

17        A.   He said, "Y'all are some weak-ass police.

18   Fuck y'all.  Y'all on that police shit, that strong

19   man shit.  This ain't the street.  This is jail.

20   Y'all on that strong man shit.  I'm going to kill

21   your ass, Simon.  I'm going to kill your ass."

22        Q.   Okay.  How did he know your name was Simon?

23        A.   I be at the work center since I've been

24   back in 2014.

25        Q.   Okay.  A lot of people know who you are?

57

```
1   Internal Affairs.
2        Q.   Yeah.  So describe for me that process.
3             MS. RILEY:  Objection.
4             But answer to the extent you know.
5        A.   He come up -- the Internal Affairs came up
6   and questioned me and --
7        Q.   (By Mr. Carr)  And just so we can be clear,
8   that was Marlo Brennan?
9        A.   Mr. Brennan, yes.
10       Q.   Okay.  Go ahead.
11       A.   He came up and questioned me and recorded
12  me and took notes, however he do his investigation.
13  And he told me they'll be getting back with me, if I
14  need -- if they need to get back with me.  I
15  heard -- I never heard anything else on it.
16       Q.   Did he put you on a recorder?
17       A.   Yes, sir, he did.
18       Q.   Do you know if you were on a video
19  recorder, too, or just audio?
20       A.   I know audio, but I'm not for sure about
21  video.  I can't recall.
22       Q.   Did he tell you he was audio recording you?
23       A.   Yes, he did.
24       Q.   Okay.  Did you have to sign any type of
25  waiver or anything to be recorded?  Do you remember?
```